UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STEVEN E. SMITH, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Case No. 4:12CV02392 SNLJ |
| | ) |
| TROY STEELE, | ) |
| | ) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

This matter is before me on the petition for writ of habeas corpus filed by Petitioner Steven E. Smith. I referred this matter to United States Magistrate Judge Abbie Crites-Leoni, for a report and recommendation on all dispositive matters pursuant to 28 U.S.C. § 636(b). On January 8, 2016, Judge Crites-Leoni filed her recommendation that Smith's habeas petition should be dismissed.

No objections to Judge Crites-Leoni's Report and Recommendation were filed. After careful consideration, I will adopt and sustain the thorough reasoning of Judge Crites-Leoni and deny Smith's habeas petition for the reasons stated in the Report and Recommendation dated January 8, 2016.

I have also considered whether to issue a certificate of appealability. To grant a certificate of appealability, the Court must find a substantial showing of the denial of a federal constitutional right. *See Tiedeman v. Benson*, 122 F.3d 518, 522 (8th Cir. 1997). A substantial showing is a showing that issues are debatable among reasonable jurists, a Court could resolve the issues differently, or the issues deserve further proceedings. *Cox v. Norris*, 133 F.3d 565, 569 (8th Cir. 1997) (citing *Flieger v. Delo*, 16 F.3d 878, 882-83 (8th Cir. 1994). Because Smith has

not made such a showing in this case, I will not issue a certificate of appealability.

Accordingly,

**IT IS HEREBY ORDERED** that Judge Abbie Crites-Leoni's Report and Recommendation, #14, filed on January 8, 2016 is adopted and sustained in its entirety.

**IT IS FURTHER ORDERED** that Petitioner Steven Smith's Petition for Writ of Habeas Corpus, #1, is **DENIED**.

**IT IS FURTHER ORDERED** that the Court will not issue a certificate of appealability. A separate Judgment in accordance with this Memorandum and Order is entered this same date.

Dated this 23rd day of February, 2016.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE